| | EXHIBIT A: BCBS/TSMI CLAIMS | | | | |
|---|---|---|---|---|---|
| | Date of Service | Insurance ID Number | Group ID Number | Case Charges | BCBS Payments |
| 1 | 12/10/2010 | SYY848637886 | 015245 | $6,488.00 | $435.18 |
| 2 | 03/21/2011 | UTS0GJ2MI69W | 071778 | $57,560.00 | $4,510.87 |
| 3 | 05/18/2011 | UTS0GT8NM59E | 071778 | $73,560.00 | $1,012.12 |
| 4 | 06/25/2010 | HXE002508370 | 038000 | $7,300.00 | $187.79 |
| 5 | 11/04/2010 | RYL289A23451 | 213007M8A3 | $18,200.00 | $1,798.70 |
| 6 | 06/18/2010 | LAM838952642 | 029158 | $11,900.00 | $0.00 |
| 7 | 09/15/2010 | ZGP840180159 | 044510 | $27,726.80 | $1,872.64 |
| 8 | 04/30/2010 | ZGP837108230 | 0418325 | $12,994.00 | $0.00 |
| 9 | 05/19/2010 | R19524801 | OFEPTX | $36,000.00 | $1,543.75 |
| 10 | 11/19/2010 | ZGP893075789 | 000301 | $12,976.00 | $0.00 |
| 11 | 02/11/2011 | UTSOM62DN6IM | 071778 | $28,640.00 | $200.01 |
| 12 | 05/12/2010 | EMR807042970 | 56509 | $10,900.00 | $0.00 |
| 13 | 05/28/2010 | ISD848572434 | 085000 | $10,000.00 | $985.97 |
| 14 | 04/09/2010 | ZGP836152191 | 050336 | $12,976.00 | $0.00 |
| 15 | 06/03/2011 | HXE001196170 | 038000 | $15,000.00 | $815.98 |
| 16 | 01/14/2011 | R58355777 | OFEPTX | $12,976.00 | $1,657.50 |
| 17 | 04/30/2010 | ISD844970566 | 085000 | $6,488.00 | $200.85 |
| 18 | 04/02/2010 | XOF838059314 | P19314 | $39,000.00 | $0.00 |
| 19 | 04/07/2010 | KSP921828699 | 75100 | $20,282.00 | $0.00 |
| 20 | 05/28/2010 | R50689227 | 0feptx | $6,975.00 | $1,543.75 |
| 21 | 08/13/2010 | HXE008254360 | 038000 | $45,104.00 | $8,171.00 |
| 22 | 05/19/2010 | WWY848072206 | 080004 | $25,414.00 | $3,770.41 |
| 23 | 07/22/2011 | DRH837604113 | 016853 | $28,900.00 | $3,216.62 |
| 24 | 05/13/2011 | DRH837604113 | 016853 | $28,800.00 | $2,916.62 |
| 25 | 06/23/2010 | ZGP83743324 | 048429 | $19,524.75 | $697.78 |
| 26 | 09/17/2010 | ZGR900047376 | 059473 | $20,214.00 | $238.90 |
| 27 | 06/09/2010 | UTSOFJ8TL64T | 071778 | $5,500.00 | $0.00 |
| 28 | 05/18/2011 | IPM116706695001 | IPM363 | $11,750.00 | $1,026.28 |
| 29 | 05/03/2010 | ZGP838069165 | 043869 | $45,000.00 | $0.00 |
| 30 | 04/16/2010 | HXE003280860 | 100046 | $11,076.00 | $290.70 |
| 31 | 05/26/2010 | ISD847397904 | 085000 | $11,590.00 | $934.95 |
| 32 | 04/14/2010 | XOF842959936 | P22308 | $18,893.50 | $2,693.15 |
| 33 | 07/02/2010 | GKSXZ1438838 | EP442-B2 | $3,200.00 | $129.36 |
| 34 | 09/15/2010 | ZGP841761839 | 090998 | $45,000.00 | $1,384.99 |
| 35 | 06/22/2010 | R57823059 | 0FEPTX | $54,000.00 | $1,543.75 |
| 36 | 04/29/2011 | GMB841405855 | 017117 | $7,740.00 | $11.68 |
| 37 | 04/21/2011 | LJM113572217001 | LJM363 | $12,750.00 | $383.40 |
| 38 | 04/28/2011 | R14131478 | N/A | $28,250.00 | $0.00 |
| 39 | 10/15/2010 | LEL837867490 | 855802 | $5,338.00 | $893.70 |
| 40 | 07/01/2011 | ZGP893462052 | 000005 | $10,676.00 | $0.00 |
| 41 | 10/08/2010 | SRF114538872001 | 01316608 | $10,676.00 | $98.55 |
| 42 | 04/16/2010 | ZGP840000784 | 026987 | $21,352.00 | $0.00 |
| 43 | 05/14/2010 | ZGP840000784 | 026987 | $10,300.00 | $158.71 |
| 44 | 05/19/2011 | ZGP834543019 | 037872 | $11,750.00 | $2,610.33 |

| # | Date | Ref 1 | Ref 2 | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| 45 | 10/22/2010 | XECJ00626597 | 944728 | $18,330.00 | $210.00 |
| 46 | 12/30/2010 | XECJ00626597 | 944728 | $11,610.00 | $210.00 |
| 47 | 07/29/2011 | WMW05644520W | 080906 | $8,600.00 | $140.25 |
| 48 | 07/07/2011 | RXBAN2850593 | 003320006 | $36,000.00 | $2,580.63 |
| 49 | 11/18/2010 | YUN880368810 | YN9876 | $8,350.00 | $0.00 |
| 50 | 04/02/2010 | ZGP839943235 | 004681 | $54,000.00 | $1,352.29 |
| 51 | 04/16/2010 | QCB4047431100 | 607480 | $6,488.00 | $213.57 |
| 52 | 06/11/2010 | QCB4047431100 | 607480 | $29,778.00 | $580.92 |
| 53 | 08/11/2010 | ZGP843757181 | 004299 | $8,775.00 | $209.03 |
| 54 | 08/25/2010 | ZGP843757181 | 004299 | $7,300.00 | $200.85 |
| 55 | 04/20/2010 | PPA806599464 | 65979 | $45,030.00 | $1,618.30 |
| 56 | 06/22/2010 | R57736035 | 0FPTX1104 | $54,000.00 | $1,543.75 |
| 57 | 06/24/2011 | AJL847572924 | 080946 | $4,000.00 | $74.10 |
| 58 | 06/09/2010 | ZGP893202916 | 000301 | $28,202.00 | $0.00 |
| 59 | 06/09/2011 | ZGP903469387 | 075854 | $16,014.00 | $0.00 |
| 60 | 04/19/2010 | ZGP893191210 | 000301 | $52,774.00 | $3,719.26 |
| 61 | 06/30/2010 | ISD832995767 | 085000 | $17,635.00 | $468.47 |
| 62 | 11/12/2010 | HZF112442112001 | 01357000 | $16,014.00 | $513.27 |
| 63 | 11/19/2010 | HZF112442112001 | 01357000 | $16,014.00 | $513.27 |
| 64 | 05/13/2010 | XOF837775541 | P30594 | $44,000.00 | $5,166.43 |
| 65 | 02/17/2011 | UTS0UH5AM3A4 | 071778 | $32,500.00 | $3,308.04 |
| 66 | 08/13/2010 | ISD838716336 | 085000 | $33,216.00 | $2,333.41 |
| 67 | 04/23/2010 | ZGP839693924 | 028253 | $13,764.00 | $200.85 |
| 68 | 12/07/2010 | SYY845492073 | 015245 | $5,338.00 | $701.87 |
| 69 | 04/15/2011 | AJL837960874 | 080946 | $5,338.00 | $182.14 |
| 70 | 12/21/2010 | ZGP834393142 | 045478 | $39,000.00 | $4,659.93 |
| 71 | 05/25/2011 | EPN842292448 | 090115 | $60,060.00 | $3,388.65 |
| 72 | 09/17/2010 | UTS0G11MK3EI | 071778 | $6,488.00 | $0.00 |
| 73 | 05/14/2010 | ZGP841946721 | 082867 | $42,250.00 | $846.53 |
| 74 | 04/01/2010 | HPU000806106 | N/A | $32,500.00 | $1,137.95 |
| 75 | 12/17/2010 | MCG830027387 | PG550000011 | $11,076.00 | $336.58 |
| 76 | 12/10/2010 | MCG830027387 | PG550000011 | $2,600.00 | $534.76 |
| 77 | 01/14/2011 | MCG830027387 | PG550000011 | $9,850.00 | $0.00 |
| 78 | 02/11/2011 | MCG830027387 | PG550000011 | $6,488.00 | $366.61 |
| 79 | 09/30/2010 | ZGP903355345 | 007097 | $11,400.00 | $742.68 |
| 80 | 05/14/2010 | WMW05616229W | 080898 | $40,535.00 | $851.15 |
| 81 | 06/11/2010 | WMW05616229W | 080898 | $45,000.00 | $859.12 |
| 82 | 05/05/2011 | HXE004141760 | 038000 | $16,750.00 | $521.22 |
| 83 | 05/13/2011 | ZGP832355305 | 042880 | $16,414.00 | $437.14 |
| 84 | 05/20/2011 | ZGP832355305 | 042880 | $6,488.00 | $218.57 |
| 85 | 04/15/2011 | ZGP832355305 | 042880 | $15,975.00 | $0.00 |
| 86 | 04/08/2011 | ZGP832355305 | 042880 | $21,352.00 | $221.51 |
| 87 | 04/01/2011 | ZGP832355305 | 042880 | $22,352.00 | $0.00 |
| 88 | 06/08/2011 | ZGP837897079 | 066892 | $8,850.00 | $0.00 |
| 89 | 06/07/2011 | PEG840392083 | 034407 | $11,550.00 | $0.00 |
| 90 | 03/25/2011 | SWN990456588 | 024338 | $16,414.00 | $365.22 |
| 91 | 06/09/2010 | ZGP893368297 | 045637 | $17,561.00 | $474.79 |

| | | | | | |
|---|---|---|---|---|---|
| 92 | 06/16/2010 | ZGP836587105 | 067945 | $19,900.00 | $0.00 |
| 93 | 10/07/2010 | ZGP836587105 | 067945 | $20,090.00 | $0.00 |
| 94 | 02/17/2012 | HXE005657440 | 038000 | $22,152.00 | $389.00 |
| 95 | 06/11/2010 | HXE002669000 | 038000 | $7,300.00 | $234.73 |
| 96 | 06/25/2010 | HXE002669000 | 038000 | $7,300.00 | $234.73 |
| 97 | 04/14/2010 | ZGP903592390 | 023532 | $17,463.50 | $13.11 |
| 98 | 12/21/2010 | ZGP833977500 | 020619 | $10,700.00 | $0.00 |
| 99 | 07/09/2010 | ZGP845232925 | 089425 | $11,000.00 | $1,014.95 |
| 100 | 04/29/2010 | r59616101 | rofeptx | $45,000.00 | $1,543.75 |
| 101 | 05/31/2011 | R59202814 | 105 | $25,200.00 | $1,562.54 |
| 102 | 07/07/2010 | ZGP83996962 | 010434 | $16,961.00 | $482.13 |
| 103 | 06/23/2010 | ZGP903588210 | 023532 | $18,293.50 | $512.97 |
| 104 | 06/30/2010 | ZGP847157921 | 001687 | $28,202.00 | $161.01 |
| 105 | 06/15/2011 | EJC831786977 | 044062 | $46,560.00 | $1,858.29 |
| 106 | 12/03/2010 | KGAH53899229 | 64959 | $23,646.00 | $140.61 |
| 107 | 12/10/2010 | KGAH53899229 | 64959 | $29,778.00 | $473.82 |
| 108 | 09/30/2010 | DVG0836530459 | 018004 | $29,410.00 | $7,144.23 |
| 109 | 03/03/2011 | NRY3HZN95909160 | 759460009 | $20,200.00 | $1,929.67 |
| 110 | 02/11/2011 | YRP739M68652 | 00010326 | $21,788.00 | $0.00 |
| 111 | 12/14/2010 | YRP739M68652 | 00010326 | $20,602.00 | $0.00 |
| 112 | 01/21/2011 | YRP739M68652 | 00010326 | $16,375.00 | $0.00 |
| 113 | 11/02/2010 | ZGP842992601 | 044934 | $6,650.00 | $0.00 |
| 114 | 03/31/2010 | ZGP849373159 | 087487 | $20,926.00 | $278.03 |
| 115 | 04/23/2010 | ZGP903584320 | 023532 | $45,000.00 | $0.00 |
| 116 | 05/14/2010 | ISD831308298 | 085000 | $7,318.00 | $140.85 |
| 117 | 04/14/2010 | ISD831308298 | 085000 | $9,513.00 | $140.84 |
| 118 | 12/23/2010 | ZGR900031596 | 059473 | $28,984.00 | $703.03 |
| 119 | 06/16/2010 | AJL847289997 | 080946 | $24,564.00 | $576.55 |
| 120 | 06/09/2010 | ZGP842670537 | 090491 | $18,643.50 | $573.95 |
| 121 | 04/21/2010 | ZGP842670537 | 090491 | $19,361.00 | $385.94 |
| 122 | 09/13/2010 | CUU841127173 | 012812 | $6,488.00 | $0.00 |
| 123 | 09/07/2010 | CUU841127173 | 012812 | $5,338.00 | $0.00 |
| 124 | 07/29/2011 | ZGP837243305 | 036121 | $36,000.00 | $0.00 |
| 125 | 11/05/2010 | ZGP841180144 | 011553 | $12,976.00 | $401.68 |
| 126 | 11/12/2010 | ZGP841180144 | 011553 | $12,976.00 | $370.70 |
| 127 | 06/02/2011 | LNW110152687001 | LNW363 | $21,626.28 | $3,211.66 |
| 128 | 09/13/2010 | ZHL090057237 | 60016415 | $6,488.00 | $256.64 |
| 129 | 09/07/2010 | ZHL090057237 | 60016415 | $5,338.00 | $63.94 |
| 130 | 09/20/2010 | ZHL090057237 | 60016415 | $5,338.00 | $256.63 |
| 131 | 04/20/2011 | CFF111000603001 | 01212411 | $37,560.00 | $1,202.41 |
| 132 | 07/02/2010 | NKZ217M63035 | 00180695 | $14,200.00 | $153.60 |
| 133 | 04/23/2010 | BJA831238495 | 018140 | $54,000.00 | $688.67 |
| 134 | 06/09/2010 | WMW07959556W | 080901 | $13,000.00 | $375.08 |
| 135 | 06/30/2010 | ZGP834195628 | 057407 | $2,600.00 | $401.08 |
| 136 | 08/04/2010 | ZGP834195628 | 057407 | $5,838.00 | $200.85 |
| 137 | 04/09/2010 | BCN980930486 | 045087 | $30,000.00 | $1,184.63 |
| 138 | 05/28/2010 | ZGP844266288 | 097421 | $37,425.00 | $1,728.28 |

| # | Date | Ref | Code | Amount | Fee |
|---|---|---|---|---|---|
| 139 | 12/22/2010 | ZGP838306616 | 064800 | $22,152.00 | $0.00 |
| 140 | 12/14/2010 | ZGP848728041 | 053347 | $29,778.00 | $404.66 |
| 141 | 10/12/2010 | SPT X76152514 | EP632-10 | $10,676.00 | $0.00 |
| 142 | 04/14/2010 | ISD849545848 | 085000 | $13,298.00 | $264.43 |
| 143 | 01/04/2011 | SCM903759604 | 055656 | $23,646.00 | $0.00 |
| 144 | 05/28/2010 | ZGP834689593 | 027176 | $8,700.00 | $65.52 |
| 145 | 05/05/2010 | RJK842900996 | 022331 | $45,000.00 | $711.37 |
| 146 | 11/12/2010 | ZGP830653662 | 042663 | $28,234.00 | $287.14 |
| 147 | 12/03/2010 | ZGP830653662 | 042663 | $34,550.00 | $224.19 |
| 148 | 11/19/2010 | ZGP830653662 | 042663 | $24,396.00 | $322.60 |
| 149 | 01/19/2011 | ZGP847683415 | 089425 | $34,060.00 | $1,849.77 |
| 150 | 05/21/2010 | UTS0CJ7TT7NB | 071778 | $7,300.00 | $163.36 |
| 151 | 01/28/2011 | GGC078A22813 | 174505M407 | $6,488.00 | $0.00 |
| 152 | 11/30/2010 | ELPXZ5295360 | EP224-LC | $45,210.00 | $1,235.09 |
| 153 | 07/02/2010 | FIN842650645 | 036438 | $2,600.00 | $51.87 |
| 154 | 02/10/2011 | ENA380A75897 | 1702RE | $45,000.00 | $1,480.14 |
| 155 | 04/16/2010 | AJL848052810 | 080946 | $10,500.00 | $464.18 |
| 156 | 06/17/2011 | SYY842569905 | 015245 | $5,338.00 | $0.00 |
| 157 | 07/08/2011 | SYY842569905 | 015245 | $16,014.00 | $0.00 |
| 158 | 07/29/2010 | ZGP838267622 | 029380 | $39,300.00 | $0.00 |
| 159 | 12/29/2010 | YUP845119300 | Y01621 | $12,976.00 | $291.14 |
| 160 | 12/03/2010 | YUP845119300 | Y01621 | $12,976.00 | $291.14 |
| 161 | 06/11/2010 | ZGOP89323594 | 000955 | $45,000.00 | $1,156.82 |
| 162 | 06/11/2010 | JET840563146 | 022944 | $7,300.00 | $0.00 |
| 163 | 06/25/2010 | JET840563146 | 022944 | $17,564.00 | $316.61 |
| 164 | 01/28/2011 | ZGP844525579 | 073952 | $31,014.00 | $0.00 |
| 165 | 01/14/2011 | ZGP844525579 | 073952 | $26,696.00 | $0.00 |
| 166 | 01/12/2011 | HXE007758580 | N/A | $64,112.00 | $5,319.37 |
| 167 | 07/07/2010 | FFD969A57391 | 17018M780 | $20,088.75 | $0.00 |
| 168 | 12/07/2010 | HXE08859930 | 038000 | $19,852.00 | $260.81 |
| 169 | 01/31/2011 | HXE08859930 | 038000 | $5,338.00 | $187.79 |
| 170 | 04/15/2010 | ZGP832015098 | 032973 | $11,898.00 | $864.18 |
| 171 | 06/04/2010 | MGL3040873600 | 508938 | $15,330.00 | $1,197.55 |
| 172 | 04/29/2011 | UTS0S35NI5L3 | 071778 | $6,488.00 | $0.00 |
| 173 | 04/15/2011 | UTS0S35NI5L3 | 071778 | $5,338.00 | $0.00 |
| 174 | 07/06/2011 | ZGP893379563 | 045637 | $58,500.00 | $2,433.42 |
| 175 | 06/18/2010 | HXE007476000 | 038000 | $6,488.00 | $234.73 |
| 176 | 12/17/2010 | RWA847462180 | 099187 | $32,500.00 | $1,413.88 |
| 177 | 05/27/2011 | ZGP840616039 | 017847 | $1,300.00 | $0.00 |
| 178 | 12/14/2010 | XUP200331419 | 77781FF2-0000 | $33,228.00 | $39.73 |
| 179 | 04/07/2010 | FIN847134317 | 036438 | $20,826.00 | $0.00 |
| 180 | 01/14/2011 | OXP251A23577 | 174066M1SA | $5,338.00 | $0.00 |
| 181 | 07/01/2011 | OXP251A23577 | 174066M1SA | $10,676.00 | $171.40 |
| 182 | 03/25/2011 | OXP251A23577 | 174066M1SA | $6,488.00 | $329.96 |
| 183 | 12/17/2010 | OXP251A23577 | 174066M1SA | $22,152.00 | $295.71 |
| 184 | 05/27/2011 | OXP251A23577 | 174066M1SA | $6,488.00 | $191.29 |
| 185 | 06/17/2011 | UFD740036219 | 76039 | $13,476.00 | $501.21 |

| | | | | | |
|---|---|---|---|---|---|
| 186 | 07/08/2011 | UFD740036219 | 76039 | $23,452.00 | $285.82 |
| 187 | 04/19/2010 | WMW02571909W | 080901 | $46,952.00 | $1,748.81 |
| 188 | 06/30/2010 | HXE001252440 | 038000 | $3,620.00 | $0.00 |
| 189 | 01/21/2011 | ZGP903423909 | 023871 | $21,368.00 | $238.00 |
| 190 | 06/16/2010 | HXE002669380 | 038000 | $23,614.00 | $496.50 |
| 191 | 08/25/2010 | ZGP842714172 | 015626 | $39,000.00 | $893.57 |
| 192 | 07/08/2011 | ZGP844752054 | 010341 | $29,778.00 | $0.00 |
| 193 | 05/20/2011 | ZGP844752054 | 010341 | $6,488.00 | $0.00 |
| 194 | 01/21/2011 | NAI836225674 | 080189 | $6,488.00 | $17.31 |
| 195 | 01/07/2011 | NAI836225674 | 080189 | $12,976.00 | $242.61 |
| 196 | 04/23/2010 | GBD1251318021 | 100046 | $6,488.00 | $163.92 |
| 197 | 04/02/2010 | GBD1251318021 | 100046 | $6,488.00 | $301.27 |
| 198 | 06/22/2011 | UTS0F32TE5N2 | 071778 | $19,000.00 | $101.06 |
| 199 | 05/25/2011 | ZGP834275183 | 019518 | $26,200.00 | $1,903.07 |
| 200 | 06/14/2011 | WAG840858431 | P06689 | $11,100.00 | $166.02 |
| 201 | 02/11/2011 | RSVW15316548 | 009986 | $6,488.00 | $0.00 |
| 202 | 05/28/2010 | ZGP893423750 | 045637 | $6,000.00 | $0.00 |
| 203 | 05/11/2010 | ZGP843521650 | 014304 | $24,400.00 | $855.66 |
| 204 | 04/09/2010 | WMW02242767W | 080886 | $45,000.00 | $859.12 |
| 205 | 05/14/2010 | UTS0UW4MW9L5 | 071778 | $19,464.00 | $167.00 |
| 206 | 06/15/2010 | ISD836632103 | 085000 | $45,027.14 | $3,969.29 |
| 207 | 05/26/2010 | NCO845491630 | 015948 | $20,326.00 | $3,736.30 |
| 208 | 04/01/2011 | BOK880432857 | YN9744 | $2,600.00 | $0.00 |
| 209 | 04/01/2011 | BOK880432857 | YN9744 | $6,488.00 | $219.97 |
| 210 | 05/27/2011 | BOK880432857 | YN9744 | $19,026.00 | $327.85 |
| 211 | 02/08/2011 | TIL897338253 | 64847 | $30,400.00 | $0.00 |
| 212 | 08/04/2010 | ZGP903256730 | 049287 | $47,800.00 | $1,734.52 |
| 213 | 05/27/2011 | WER6852034XE | N/A | $5,920.00 | $27.17 |
| 214 | 12/03/2010 | ZGP893146506 | 000955 | $12,976.00 | $0.00 |
| 215 | 06/09/2010 | ZGP893146506 | 000955 | $28,202.00 | $444.01 |
| 216 | 07/29/2010 | XKC654A15565 | 1025387001 | $10,720.00 | $0.00 |
| 217 | 09/01/2010 | FSL838697323 | 972707 | $1,300.00 | $0.00 |
| 218 | 04/23/2010 | LAJ840608807 | N13794 | $6,488.00 | $0.00 |
| 219 | 04/30/2010 | LAJ840608807 | N13794 | $5,888.00 | $0.00 |
| 220 | 06/07/2011 | CVV310A21298 | 170054M003 | $41,310.00 | $2,868.73 |
| 221 | 02/23/2011 | BJA844442175 | 018140 | $73,560.00 | $840.41 |
| 222 | 06/11/2010 | ZGP834698793 | 015109 | $14,675.00 | $301.27 |
| 223 | 05/28/2010 | ZGP834698793 | 015109 | $14,600.00 | $183.10 |
| 224 | 06/04/2010 | ISD837089942 | 08500 | $4,680.00 | $0.00 |
| 225 | 04/23/2010 | ISD849250402 | 085000 | $6,488.00 | $40.85 |
| 226 | 04/29/2010 | ZGP893284792 | 000940 | $24,514.00 | $243.85 |
| 227 | 11/11/2010 | ZGP903224896 | 039913 | $36,000.00 | $1,170.11 |
| 228 | 04/08/2011 | ZGP903224896 | 039913 | $2,310.00 | $39.80 |
| 229 | 04/29/2011 | ZGP903224896 | 039913 | $25,952.00 | $429.52 |
| 230 | 09/22/2010 | HDT903500415 | 054632 | $36,000.00 | $378.23 |
| 231 | 06/24/2011 | ZGP837955540 | 065508 | $18,000.00 | $1,150.82 |
| 232 | 07/13/2011 | ZGP846765036 | 051822 | $12,976.00 | $274.48 |

| | | | | | |
|---|---|---|---|---|---|
| 233 | 09/01/2010 | ZGP840921492 | 045546 | $16,000.00 | $0.00 |
| 234 | 01/27/2011 | ZGP838316203 | 022175 | $5,800.00 | $106.84 |
| 235 | 06/04/2010 | ZGP834118359 | 046012 | $13,226.00 | $278.03 |
| 236 | 06/23/2010 | ZGP834118359 | 046012 | $5,838.00 | $200.85 |
| 237 | 07/09/2010 | ZGP834118359 | 046012 | $12,976.00 | $0.00 |
| 238 | 07/18/2011 | ZGP839151411 | 046012 | $6,488.00 | $124.19 |
| 239 | 02/08/2012 | ZGP839151411 | 046012 | $6,488.00 | $0.00 |
| 240 | 09/24/2010 | ZGP839923915 | 015109 | $13,476.00 | $47.91 |
| 241 | 09/17/2010 | ZGP839923915 | 015109 | $12,976.00 | $0.00 |
| 242 | 01/06/2011 | R58444311 | 0FEPTX | $23,965.00 | $1,657.50 |
| 243 | 06/30/2010 | HXE001845820 | 038000 | $16,000.00 | $651.52 |
| 244 | 05/26/2010 | ZGP836432344 | 064480 | $9,984.00 | $0.00 |
| 245 | 04/30/2010 | ZGP836432344 | 064480 | $7,300.00 | $0.00 |
| 246 | 04/23/2010 | ZGP836432344 | 064480 | $23,646.00 | $0.00 |
| 247 | 05/14/2010 | ZGP836432344 | 064480 | $2,600.00 | $0.00 |
| 248 | 05/19/2010 | ZGP836432344 | 064480 | $14,900.00 | $0.00 |
| 249 | 05/21/2010 | ZGP903627375 | 023533 | $3,035.00 | $0.00 |
| 250 | 05/03/2010 | WRF836833432 | 039865 | $12,976.00 | $0.00 |
| 251 | 07/13/2011 | HXE008897160 | 038000 | $19,560.00 | $723.79 |
| 252 | 01/21/2011 | ZGP838194516 | 005691 | $23,646.00 | $0.00 |
| 253 | 12/14/2010 | ZGP838194516 | 005691 | $22,896.00 | $0.00 |
| 254 | 02/07/2011 | ZGP838194516 | 005691 | $20,664.00 | $254.74 |
| 255 | 07/13/2010 | ISD841782796 | 085000 | $54,000.00 | $605.21 |
| 256 | 03/31/2010 | R58628231 | 0FETX | $19,026.00 | $1,543.75 |
| 257 | 08/04/2010 | ZGP840108239 | 012259 | $14,560.00 | $1,585.43 |
| 258 | 02/08/2011 | YRP499M66976 | 001100 | $25,470.00 | $0.00 |
| 259 | 04/16/2010 | XDP586A75281 | N/A | $10,676.00 | $0.00 |
| 260 | 05/19/2010 | XDP586A75281 | N/A | $10,676.00 | $0.00 |
| 261 | 12/22/2010 | ZGP840623950 | 031521 | $5,338.00 | $256.63 |
| 262 | 01/14/2011 | ZGP840623950 | 031521 | $5,338.00 | $0.00 |
| 263 | 02/15/2011 | R15217896 | OFEPTX | $27,730.00 | $1,657.50 |
| 264 | 06/18/2010 | ZGP903213767 | 039913 | $3,200.00 | $220.92 |
| 265 | 04/14/2010 | EJC840503213 | 044062 | $11,700.00 | $433.52 |
| 266 | 03/31/2010 | EJC840503213 | 044062 | $11,700.00 | $433.51 |
| 267 | 08/05/2010 | ISD847982548 | 085000 | $27,440.00 | $1,091.12 |
| 268 | 07/21/2011 | WAG839743823 | P06869 | $11,000.00 | $567.25 |
| 269 | 04/09/2010 | WMW07446189W | 0809010002 | $54,000.00 | $973.88 |
| 270 | 04/23/2010 | ZGP839743117 | 040292 | $45,000.00 | $1,718.24 |
| 271 | 04/06/2011 | IJU903817864 | 0025010 | $19,000.00 | $0.00 |
| 272 | 01/28/2011 | ZGP845174686 | 016334 | $16,400.00 | $607.68 |
| 273 | 03/11/2011 | ZGP903215070 | 049287 | $12,976.00 | $339.65 |
| 274 | 04/01/2011 | ZGP903215070 | 049287 | $5,338.00 | $254.99 |
| 275 | 05/06/2011 | ZGP903215070 | 049287 | $23,352.00 | $827.01 |
| 276 | 06/02/2011 | ZGP903215070 | 049287 | $16,014.00 | $344.69 |
| 277 | 06/17/2011 | ZGP903215070 | 049287 | $11,718.00 | $607.19 |
| 278 | 07/28/2010 | EQU832007088 | 029547 | $22,796.00 | $1,747.56 |
| 279 | 05/27/2010 | ZGP833108290 | 027982 | $32,500.00 | $2,080.58 |

| | | | | | |
|---|---|---|---|---|---|
| 280 | 06/30/2010 | HXE002634820 | 380000 | $6,150.00 | $187.79 |
| 281 | 05/07/2010 | HBT903432224 | 054632 | $10,000.00 | $100.44 |
| 282 | 06/11/2010 | ISD839812170 | 085000 | $11,000.00 | $71.63 |
| 283 | 06/09/2010 | LFXO6K058450 | 29548000 | $17,189.50 | $149.09 |
| 284 | 04/27/2010 | ZGP833591444 | 035852 | $39,000.00 | $2,215.51 |
| 285 | 07/29/2011 | HXE008182850 | 038000 | $17,800.00 | $815.98 |
| 286 | 04/14/2010 | XUP200349879 | 29444FF2 | $20,323.50 | $409.74 |
| 287 | 09/30/2010 | BCN994451034 | 045087 | $52,620.00 | $2,499.46 |
| 288 | 09/22/2010 | ZGP893427345 | 045637 | $45,075.00 | $1,069.77 |
| 289 | 04/21/2010 | ELPXZ6132841 | EP224-LA | $29,210.50 | $0.00 |
| 290 | 04/01/2010 | ZGP839732617 | 050178 | $55,560.00 | $3,659.48 |
| 291 | 12/29/2010 | XDP678A75238 | 275668M004 | $4,000.00 | $534.20 |
| 292 | 08/06/2010 | UTS0C38779N1 | 071778 | $11,950.00 | $436.06 |
| 293 | 06/25/2010 | AJJ100923845 | 1009286 | $11,000.00 | $53.72 |
| | | | | | |
| | | **TOTAL:** | | $5,933,362.22 | $204,915.31 |