United States District Court
Southern District of Texas
**ENTERED**
June 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRAND PARKWAY SURGERY CENTER, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-15-0297 |
| | § | |
| HEALTH CARE SERVICE CORPORATION, *et al.*, | § § | |
| Defendants. | § | |

## ORDER SETTING DISCOVERY CONFERENCE
## AND DIRECTIVE TO CONFER

The Court has received Plaintiff's Motion to Compel [Doc. # 58], Defendant's Response [Doc. # 59], Defendants' letter dated May 23, 2016 [Doc. # 60], and Plaintiff's letter dated June 1, 2016 [Doc. # 61].  It is hereby **ORDERED**:

1. The Court will hold a conference on the parties' discovery disputes on **June 8, 2016, at 11:00 a.m.** in Courtroom 9F of the U.S. Courthouse at 515 Rusk, Houston, Texas.  **Counsel and a corporate representative for each party shall appear in person at the conference**.

2. Prior to the conference, the parties are directed to confer further in an attempt to resolve or narrow their dispute.  Correspondence between counsel negotiating a resolution of the dispute should **not** be sent to the Court.

3.      The parties are directed to notify the Court's Case Manager Shelia Ashabranner by telephone (713-250-5407) and email ([shelia_ashabranner@txs.uscourts.gov](shelia_ashabranner@txs.uscourts.gov)) as soon as possible if the conference becomes unnecessary.

SIGNED at Houston, Texas, this **2nd** day of **June, 2016.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE